# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| KIM LEE MILLBROOK, | : | Civil No. 3:15-cv-0925 |
|---|---|---|
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN EBBERT, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 13th day of September, 2018, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion for Preliminary Injunction (Doc. 1), is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge